# McCaughey v. American Ice Company, Appellant. (No. 2.)

OPINION BY ORLADY, J., March 3, 1911:

This case of the husband was tried before the same jury with that of the wife, Eliza McCaughey, against the same defendant, and separate appeals were taken by the defendant. For the reasons given in the case of Eliza McCaughey v. American Ice Co., ante, p. 370, the judgment in this one is affirmed.